IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JULIE L. THOMAS,

    Plaintiff,

v.

METHODIST HEALTHCARE and
METHODIST HEALTHCARE MEMPHIS
HOSPITALS and RANDALL "RANDY"
SECREASE,

    Defendants.

Case No. 2:03cv2800 D/V

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMIT SET BY LOCAL RULE 7.2(e)

BEFORE THE COURT is the Plaintiff's motion for an order allowing Plaintiff to file a memorandum in response to Defendants' motion for summary judgment, which exceeds the twenty (20) page memorandum limit set by Local Rule 7.2(e);

IT APPEARING TO THE COURT that the motion is well taken and should be granted;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Plaintiff's motion to file a memorandum in response to Defendants' motion for summary judgment, which exceeds the twenty (20) page memorandum limit set by Local Rule 7.2(e) is granted. Plaintiff's statement of facts and memorandum of law shall not exceed thirty (30) pages.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

_[signature]_
UNITED STATES DISTRICT JUDGE

September 1, 2005
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:03-CV-02800 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

W. Polk Tillman
LAW OFFICE OF W. POLK TILLMAN
5090 Mill Branch Rd.
Ste. 2
Memphis, TN 38130--036

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT