**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _____ D.C.

05 SEP -6 PM 2: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

JULIE L. THOMAS,

    Plaintiff,

v.                            Case No. 2:03cv2800 D/V

METHODIST HEALTHCARE and
METHODIST HEALTHCARE MEMPHIS
HOSPITALS and RANDALL "RANDY"
SECREASE,

    Defendants.

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

BEFORE THE COURT is the Plaintiff's motion for an extension of time to respond to

Defendants' motion for summary judgment;

IT APPEARING TO THE COURT that the motion is well taken and should be granted;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's motion to

for an extension of time to respond to Defendants' motion for summary judgment is granted.

Plaintiff's new response date is Monday, September 12, 2005.

HON. BERNICE B. DONALD
DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a), FRCP on ___9/6/05___ Date: September 6, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:03-CV-02800 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

W. Polk Tillman
LAW OFFICE OF W. POLK TILLMAN
5090 Mill Branch Rd.
Ste. 2
Memphis, TN 38130--036

Honorable Bernice Donald
US DISTRICT COURT