UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 19 AM 6: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| Julie L. Thomas and<br>Mary E. McNally<br><br>                Plaintiffs,<br><br>v.<br><br>Methodist Healthcare and Methodist<br>Healthcare Memphis Hospitals, and<br>Randall "Randy" Secrease<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 03-2800-DP<br>)  Case No. 03-2801-DV<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING DEFENDANTS' FIFTH MOTION IN LIMINE

This matter came to be heard upon Defendants' Fifth Motion in Limine. For good cause shown, it is hereby ORDERED:

1. That Plaintiffs are prevented from introducing or using any evidence regarding the Corrective Action issued to Randall Secrease on or about November 20, 1997.

IT IS SO ORDERED this _16_ day of December 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/19/05_

_____
UNITED STATES DISTRICT JUDGE

_12-16-2005_
Date

MEMPHIS 183983v1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:03-CV-02800 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Jessica A. Neal
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

W. Polk Tillman
LAW OFFICE OF W. POLK TILLMAN
5090 Mill Branch Rd.
Ste. 2
Memphis, TN 38130--036

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT