UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Julie L. Thomas and<br>Mary E. McNally<br><br>          Plaintiffs,<br><br>v.<br><br>Methodist Healthcare and Methodist<br>Healthcare Memphis Hospitals, and<br>Randall "Randy" Secrease<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 03-2800-DP<br>) Case No. 03-2801-DV<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING DEFENDANTS' EIGHTH MOTION IN LIMINE

This matter came to be heard upon Defendants' Eighth Motion in Limine. For good cause shown, it is hereby ORDERED:

1. That Plaintiffs are prevented from introducing or using any evidence regarding prank telephone calls Plaintiff Julie Thomas received after Randall Secrease's separation from Methodist.

IT IS SO ORDERED this _16_ day of December 2005.

_____
UNITED STATES DISTRICT JUDGE

_12-16-2005_
Date

Document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/20/05_

MEMPHIS 184052v1



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:03-CV-02800 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Jessica A. Neal
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

W. Polk Tillman
LAW OFFICE OF W. POLK TILLMAN
5090 Mill Branch Rd.
Ste. 2
Memphis, TN 38130--036

Honorable Bernice Donald
US DISTRICT COURT