UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 19 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| Julie L. Thomas, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 03-2800-D/P |
| | ) |
| Methodist Healthcare and Methodist | ) |
| Healthcare Memphis Hospitals, | ) |
| | ) |
| Defendants. | ) |

## CONSENT ORDER AMENDING COMPLAINT

BY AGREEMENT OF THE PARTIES the Plaintiff Julie l. Thomas hereby amends her Complaint to demand an award of compensatory damages and punitive damages in the amount of $300,000.

IT IS SO ORDERED this the _19_ day of _December_, 2005.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED:**

_____
Attorney for Plaintiff

_____ w/ permission
Attorney for Defendants Methodist Healthcare
And Methodist Healthcare Memphis Hospitals

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/20/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:03-CV-02800 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

W. Polk Tillman
LAW OFFICE OF W. POLK TILLMAN
5090 Mill Branch Rd.
Ste. 2
Memphis, TN 38130--036

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Jessica A. Neal
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT