IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ D.C.
05 DEC 19 PM 3: 16

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| THOMAS AND MCNALLY ) | |
| ) | |
| Plaintiff, ) | |
| ) | 03-2800 and 03-2801 |
| vs. ) | |
| ) | |
| METHODIST HEALTHCARE ) | |
| ) | |
| Defendant. ) | |

ORDER DIRECTING CLERK'S OFFICE TO PAY FOR LUNCHES

The clerk's office is directed to pay for lunches, and other allowed expenses for all of the jurors on the above styled case, from December 19, 2005, until they are dismissed.

SO ORDERED THIS __19th__ day of December 2005

Bernice B. Donald
UNITED STATES DISTRICT JUDGE

Rule 58 and/or 79(a) FRCP on 12/20/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:03-CV-02800 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Jessica A. Neal
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

W. Polk Tillman
LAW OFFICE OF W. POLK TILLMAN
5090 Mill Branch Rd.
Ste. 2
Memphis, TN 38130--036

Honorable Bernice Donald
US DISTRICT COURT