

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JULIE L. THOMAS and
MARY E. MCNALLY,

    Plaintiffs,

v.

METHODIST HEALTHCARE AND
METHODIST HEALTHCARE HOSPITALS,
and RANDALL "RANDY" SECREASE,

    Defendants.

Case No.: 03-2800 D P
Case No.: 03-2801 D V

### ORDER DENYING DEFENDANTS' SECOND MOTION IN LIMINE

This matter came to be heard upon Defendants' Second Motion in Limine. For good cause shown, it is hereby ORDERED:

1. That Plaintiffs are not prevented from introducing or using any evidence regarding harassment of Shantisha Wherry by Randall Secrease. Defendant's motion is DENIED.

**IT IS SO ORDERED** this 22 day of December, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/27/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:03-CV-02800 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

Jessica A. Neal
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

W. Polk Tillman
LAW OFFICE OF W. POLK TILLMAN
5090 Mill Branch Rd.
Ste. 2
Memphis, TN 38130--036

Honorable Bernice Donald
US DISTRICT COURT